IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30444
Summary Calendar
_____

DAVID LEE HILL,

                                        Plaintiff-Appellant,

versus

DON HATHAWAY, Sheriff,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-492
- - - - - - - - - -
January 17, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

David Lee Hill, Louisiana inmate #42520, appeals the district court's grant of summary judgment for the defendant. We have carefully reviewed the arguments and the appellate record. For essentially the same reasons upon which the district court relied, though its adoption of the magistrate judge's report, we conclude that the court did not err in granting judgment for the defendant and dismissing the suit. See Little v. Liquid Air

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Corp., 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc).

Hill's pending motions before this court are without merit and are DENIED.

AFFIRMED.  MOTIONS DENIED.